ACCEPTED
01-15-00290-CR
FIRST COURT OF APPEALS
HOUSTON, TEXAS
8/7/2015 2:44:08 PM
CHRISTOPHER PRINE
CLERK

## No. 01-15-00290-CR

In the Court of Appeals for the
First District of Texas at Houston

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS

8/7/2015 2:44:08 PM

CHRISTOPHER A. PRINE
Clerk

◆

## No. 1416480

In the 208th District Court of
Harris County, Texas

◆

## FERNANDO RAZO
*Appellant*
v.

## THE STATE OF TEXAS
*Appellee*

◆

## MOTION TO WITHDRAW AND SUBSTITUTE COUNSEL

◆

**TO THE HONORABLE COURT OF APPEALS OF TEXAS:**

COMES NOW APPELLANT in the above-styled and numbered cause, by and through undersigned counsel, and, in accordance with Rules 6.1 and 6.5 of the Texas Rules of Appellate Procedure, moves this Court to permit present lead counsel, Emily Detoto, to withdraw and, in accordance with the wishes of Appellant, substitute T. Brent Mayr as lead counsel.

Mr. Mayr agrees to this substitution as indicated by his signature below.  All of his information required by Rule 6.5(d), Texas Rules of Appellate Procedure is also listed below.

By her signature below, pursuant to Rule 6.5 (b) and (d), Texas Rules of Appellate Procedure, Ms. Detoto affirms that a true and correct copy of this motion has been delivered to Appellant in person in the Harris County Jail.

WHEREFORE PREMISES CONSIDERED, Appellant prays that this Court will permit his present lead counsel, Emily Detoto, to withdraw and permit the substitution of T. Brent Mayr as lead counsel.

Respectfully Submitted,

/s/ Emily Detoto
Emily Detoto
SBN 00797876
Law Office of Emily Detoto
917 Franklin, 4th Floor
Houston, TX  77002
713.227.2244
713.222.5840 FAX
emilydetoto@mac.com

ATTORNEY FOR FERNANDO RAZO

/s/ T. Brent Mayr
T. Brent Mayr
SBN 24037052
Law Office of Brent Mayr, P.C.
4101 Washington Ave., 2nd Floor
Houston, TX  77007
713.808.9613

713.808.9991 FAX
bmayr@bmayrlaw.com

SUBSTITUTING ATTORNEY

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing instrument has been served on to the attorney for the State, Alan Curry, pursuant to Texas Rule of Appellate Procedure 9.5 (b)(1), through Appellant's counsel's electronic filing manager on August 7, 2015.

/s/ T. Brent Mayr
Law Office of Brent Mayr, P.C.

SUBSTITUTING ATTORNEY
FOR FERNANDO RAZO